UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
United States of America,

    vs.                                    1: (S2)21-CR-424(LAK)

Danzel Mackins, et al.,

                Defendants.
------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Further to the March 15, 2023 memo endorsement adjourning the motion paper due dates, it is:

        SO ORDERED that the May 1, 2023 trial date is adjourned sine die, and oral argument, or a status conference, shall be held on June 7, 2023 at 4:00 PM.

DATED: April 24, 2023

                                                      Lewis A. Kaplan
                                                United States District Judge