UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

DARRIN SAMUELS,
   a/k/a "Klepto,"

            Defendant.

- - - - - - - - - - - - - - - - X

**ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A UNITED STATES MAGISTRATE JUDGE**

S2 21 CR 424 (LAK)

Lewis A. Kaplan, United States District Judge

    On November 21, 2023, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Barbara Moses, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

    ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:   New York, New York
           December 13, 2023

                                              THE HONORABLE LEWIS A. KAPLAN
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK