**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

February 15, 2024

Hon. Lewis A. Kaplan
U.S. District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: *United States v. Darrin Samuels, et al.*
21 Cr. 424 (LAK)

Your Honor

    We write to confirm our request for an adjournment of Darrin Samuels' sentence which is currently scheduled for February 28, 2024. We seek the additional time for completion of a mitigation report that will be submitted with the defense sentencing memorandum.

    The government, by Thomas Wright, Esq., consents to this request. We seek an adjournment to May 15, 2024 at 11:00 a date and time that Mr. Mohan has confirmed is convenient for the Court.

Respectfully,
*Lisa Scolari*
Lisa Scolari
Natali Todd
Attorneys for Darrin Samuels

SO ORDERED:

_____
HON. LEWIS A. KAPLAN

2/15/24